IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC., | ) | |
| Plaintiff, | ) ) | 8:11CV340 |
| v. | ) ) | |
| STEPHEN FROEHLICH, and PETER F. WILLIAMS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the plaintiff's request for a hearing on its motion for preliminary injunction, Filing No. 2, and motion for expedited discovery, Filing No. 10. After a telephone conference with the parties on October 3, 2011, the court finds the motion for expedited discovery should be granted. The parties have agreed to expedited discovery and the court has been assured that defendant Froehlich has agreed to comply with a "standstill" agreement pending the hearing. Accordingly,

IT IS ORDERED:

1. The plaintiff's motion for expedited discovery (Filing No. 10) is granted.

2. The plaintiff's motion for a preliminary injunction is set for an evidentiary hearing on **October 17, 2011 at 8:30 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge