IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV340 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN FROEHLICH, and PETER F. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the joint stipulation of the parties, Filing No. 16. The stipulation indicates that the parties have resolved this action pursuant to a Confidential Settlement Agreement. Accordingly,

IT IS ORDERED that:

1. The settlement agreement (Filing No. 16) is hereby incorporated in this order.

2. This court retains jurisdiction to enforce the terms of the agreement.

3. Pursuant to the stipulation of the parties, this action is dismissed under Fed. R. Civ. P. 41(a)(1(A)(ii).

DATED this 18th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge