IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV340 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN FROEHLICH and PETER F. WILLIAMS, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The court's earlier order, Filing No. 20, was unclear with respect to whether the dismissal of all of the plaintiff's claims was with prejudice as to both defendants. By way of clarification, and with the agreement of the parties,

IT IS HEREBY ORDERED that the plaintiff's claims against Stephen Froehlich and Peter F. Willliams are dismissed, with prejudice.

DATED this 26th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge